IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:13-cr-04001-BCW-1 |
| ) | |
| ALLEN LEE LIBBERT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's Motion for Clarification or Amended Judgment (Doc. #42). After reviewing the premises of the motion, the record, and the applicable law, and consistent with the Government's response (Doc. #47) the Court denies Defendant's Motion.

IT IS SO ORDERED.

Dated: October 13, 2017            /s/ Brian C. Wimes
                                   JUDGE BRIAN C. WIMES

                                   UNITED STATES DISTRICT COURT